396 A.2d 46

Commonwealth v. Pisano, Appellant.

Submitted September 12, 1977. Elwood M.

Malos, for appellant; Michael E. Riskin, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.